In the Matter of the Claim of FRANK RUGGIERO, Appellant, against CITY OF NEW YORK, Respondent.— Order denying appellant's motion for leave, pursuant to subdivision 6 of section 50-e of the General Municipal Law, to serve and file an amended notice of claim, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ., concur.

MAJESTIC REFRIGERATOR CORP., Respondent, v. ERNEST STASSOU, Appellant.— In an action on contract, order denying appellant's motion, under section 181 of the Civil Practice Act, to dismiss the complaint because of respondent's neglect to proceed with the action, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ., concur.